**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ZABY. an individual;,<br><br>Plaintiff,<br><br>v.<br><br>PERFECTION COLLECTION, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited-liability company;<br><br>Defendants. | Case No. 2:19-cv-00539-RFB-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff John Zaby ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 1, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 24, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims. This matter involves a disputed account dating back to 2018. Further, Trans Union's counsel needs additional time to review the correspondence and other documents and to respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 15, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint and is made in good faith and not for purpose of delay.

Dated this 17th day of April, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
efile@alversontaylor.com
***Counsel for Trans Union LLC***

**LAW OFFICE OF KEVIN L. HERNANDEZ**

//S// Kevin L. Hernandez
Kevin L. Hernandez
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
Email: kevin@kevinhernandezlaw.com
***Counsel for Plaintiff***

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 19 day of April, 2019

_____
UNITED STATES MAGISTRATE JUDGE