# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

John Zaby,

                Plaintiff,

v.

Perfection Collection, LLC, et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00539-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of Plaintiff, John Zaby, and against Defendant, Perfection Collection, LLC, in the amount of $6,861.25.

10/9/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk